IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| Plaintiff, | § | |
| | § | NO: 4:25-CV-00904 |
| v. | § | |
| | § | |
| 7,521,902.726503 USDT, | § | |
| Defendant. | § | |

## WARRANT OF ARREST IN REM

TO:   The United States Marshals Service and/or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the court.

On August 19, 2025, the United States filed a verified complaint for civil forfeiture in the United States District Court for the Eastern District of Texas against the Defendant Property that is a total of 7,521,902.726503 USDT (with an approximate value of $7,521,902.71) seized on April 9, 2025, consisting of the following property:

| Asset ID | Asset Description |
|---|---|
| 25-DEA-718552 ("TA2") | 12,217.056001 Tether ("USDT"), approximate value: $12,217.06, seized from TPifFdV2j4GVEuYUnkyb7ruXNoD8eGy6W8 |
| 25-DEA-718553 ("TA3") | 1,411,584.49246 USDT, approximate value: $1,411,584.49, seized from TBiVDvh1B2Nik2gh3uhX2ajRGbKqthwme6 |
| 25-DEA-718554 ("TA4") | 1,071,500.727239 USDT, approximate value: $1,071,500.73, seized from TUuzALeArAkJPyLfZYD26v7mV3HS9hyWKh |
| 25-DEA-718555 ("TA6") | 115,358.781765 USDT, approximate value: $115,358.78, seized from TMmoiAJL5PqbaQ3yNdXpJg7yUotS2VZJdM |
| 25-DEA-718556 ("TA7") | 219,644.719194 USDT, approximate value: $219,644.72, seized from TBEaw9JbRyf9EchwLoPVkikzK85PsteycC |
| 25-DEA-718557 ("TA10") | 208,454.779254 USDT, approximate value: $208,454.77, seized from TQ1GR5xwz3P5odxpa8un99XZg5J6AvzzcD |

**Warrant of Arrest in Rem – Page 1 of 3**

| 25-DEA-718589 ("TA16") | 1,539,236.572912 USDT, approximate value: $1,539,236.57, seized from THgD3cBaLby7qe3jUqtqKY6nTw8ETj67cX |
| --- | --- |
| 25-DEA-718590 ("TA17") | 1,546,937.118566 USDT, approximate value: $1,546,937.12, seized from TDKxibXXYKzwhGawQguBKYdUbaeaKSTMJp |
| 25-DEA-718591 ("TA19") | 270,703.94458 USDT, approximate value: $270,703.94, seized from TJavfWqu3NtjfvjrGBmayEtn6LZsVSfHEw |
| 25-DEA-718593 ("TA20") | 1,126,264.534532 USDT, approximate value: $1,126,264.53, seized from TNgqcbvq9CLcRQrMyVHgGAwun991hmQEEW |

alleging that the property is subject to seizure and forfeiture to the United States for the reasons alleged in the complaint.

The defendant property is currently in the possession, custody, or control of the United States.

In these circumstances, Supplemental Rule G(3)(b)(i) directs the Clerk of the Court to issue an arrest warrant in rem for the defendant property.

Supplemental Rule G(3)(c)(i) provides that the warrant of arrest in rem must be delivered to a person or organization authorized to execute it who may be a marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the court for that purpose.

YOU ARE COMMANDED to do the following:

1. To arrest the defendant property as soon as practicable [see Rule G(3)(c)(ii) for exceptions for serving as soon as practicable] by serving a copy of this warrant on the custodian in whose possession, custody or control the property is presently found, and to

**Warrant of Arrest in Rem – Page 2 of 3**

use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

  2. Promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individual(s) upon whom copies were served and the manner employed.

  Dated:

             DAVID O'TOOLE
             Clerk of the Court
             United States District Court for the
             Eastern District of Texas


           By: _____
             Deputy Clerk